**SHA-1 Hash:** E618831736A16B827DF5D93C5167A8989E864F36    **Title:** First Love
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 75.28.186.144 | 09/17/2012 05:39:34 | Cary | IL | AT&T Internet Services | BitTorrent |
| 2 | 75.34.28.177 | 10/09/2012 12:38:39 | Chicago | IL | AT&T Internet Services | BitTorrent |
| 3 | 99.116.56.183 | 09/09/2012 07:00:38 | Lake In The Hills | IL | AT&T Internet Services | BitTorrent |
| 4 | 99.138.161.144 | 09/10/2012 02:19:23 | Chicago | IL | AT&T Internet Services | BitTorrent |
| 5 | 99.50.24.137 | 09/23/2012 06:55:15 | Mchenry | IL | AT&T Internet Services | BitTorrent |
| 6 | 99.99.169.130 | 09/20/2012 02:02:39 | Evanston | IL | AT&T Internet Services | BitTorrent |
| 7 | 108.77.133.174 | 09/07/2012 10:46:24 | Streamwood | IL | AT&T U-verse | BitTorrent |
| 8 | 108.80.234.186 | 10/13/2012 06:23:37 | Chicago | IL | AT&T U-verse | BitTorrent |
| 9 | 99.103.24.127 | 10/13/2012 01:02:54 | Naperville | IL | AT&T U-verse | BitTorrent |
| 10 | 99.127.160.154 | 09/30/2012 21:19:48 | Chicago | IL | AT&T U-verse | BitTorrent |
| 11 | 99.7.2.169 | 09/26/2012 20:19:08 | Elmhurst | IL | AT&T U-verse | BitTorrent |
| 12 | 108.212.96.15 | 09/08/2012 11:11:09 | Westmont | IL | SBC Internet Services | BitTorrent |
| 13 | 75.26.241.24 | 09/05/2012 19:30:12 | Gurnee | IL | SBC Internet Services | BitTorrent |
| 14 | 76.234.46.79 | 09/07/2012 12:32:23 | Crystal Lake | IL | SBC Internet Services | BitTorrent |
| 15 | 99.132.228.198 | 09/12/2012 09:55:11 | Chicago | IL | SBC Internet Services | BitTorrent |
| 16 | 99.135.136.246 | 09/22/2012 00:10:53 | Evanston | IL | SBC Internet Services | BitTorrent |
| 17 | 99.21.104.107 | 09/06/2012 02:13:34 | Buffalo Grove | IL | SBC Internet Services | BitTorrent |
| 18 | 99.29.176.221 | 10/23/2012 23:24:58 | Oak Park | IL | SBC Internet Services | BitTorrent |
| 19 | 99.40.247.113 | 10/06/2012 19:07:55 | Batavia | IL | SBC Internet Services | BitTorrent |
| 20 | 99.58.110.150 | 10/23/2012 20:41:05 | Orland Park | IL | SBC Internet Services | BitTorrent |
| 21 | 99.7.6.118 | 09/06/2012 03:02:58 | Wheeling | IL | SBC Internet Services | BitTorrent |

EXHIBIT A

NIL28