**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No.: 1:12-cv-09656 |
| vs. | ) Judge: Philip G. Reinhard |
| JOHN DOES 1-21, | ) Magistrate Judge: P. Michael Mahoney |
| Defendants. | ) |

**DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S UNTIMELY RESPONSE**

Defendant John Doe #8 hereby moves to strike Plaintiff's filing of Memorandum In Opposition to Memorandum In Support of Defendant John Doe #8's Motion to Sever, or, In The Alternative, Motion For Leave to Proceed Anonymously, Motion to Quash Subpoena For The Production of Personally Identifiable Information and Motion to Transfer This Case to the Easter Division (the "Response") as untimely, specifically:

1.  Plaintiff's Response was untimely filed on April 12, 2013.

2.  This Court entered a briefing schedule on March 27, 2013 by which responses from Plaintiff was due by April 10, 2013. Defendants' were provided an additional week to reply.

3.  Plaintiff's failed to file and serve its pleading within the time provided in this Court's order and did not seek leave for additional time.

Defendant John Doe #8, therefore, in addition or in the alternative requests to for leave of this Court for additional time to file her Reply to Plaintiff's Response and for any further relief this Court deems just.

- 2 -

| | |
|---|---|
| **DATED**: April 17, 2013 | Respectfully submitted,<br>THE LEE LAW FIRM<br><br>By: */s/ Jay W. Lee*<br>Jay W. Lee, Esq. #6294419<br>180 N. LaSalle Street, Suite #3700<br>Chicago, IL 60601<br>PH: (312) 588-1000<br>FX: (312) 788-9322<br>E-mail: jlee@theleelawfirm.net<br>Attorney for Defendant John Doe #8 |

## CERTIFICATE OF SERVICE

Jay W. Lee, an attorney, certify that a true and correct copy of the foregoing has been filed with the Clerk of Court via Electronic Notice for Registrants of the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois, on April 17, 2013.

    /s/ Jay W. Lee, Esq.